[J-43-2016] [M.O. - Wecht, J.]

# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DANIEL E. TAYLOR AND WILLIAM TAYLOR, AS CO-EXECUTORS OF THE ESTATE OF ANNA MARIE TAYLOR, DECEASED | : No. 19 WAP 2015 |
| | : |
| | : Appeal from the Order of the Superior Court entered April 2, 2015 at No. 2028 WDA 2013, affirming the Order of the Court of Common Pleas of Washington County entered November 20, 2013 at No. 2012-6878. |
| v. | : |
| | : |
| EXTENDICARE HEALTH FACILITIES, INC. D/B/A HAVENCREST NURSING CENTER; EXTENDICARE HOLDINGS, INC.; EXTENDICARE HEALTH FACILITY HOLDINGS, INC.; EXTENDICARE HEALTH SERVICES, INC.; EXTENDICARE REIT; EXTENDICARE, L.P.; EXTENDICARE, INC.; MON VALE NON ACUTE CARE SERVICE, INC. D/B/A THE RESIDENCE AT HILLTOP; MON-VALE HEALTH RESOURCES, INC; JEFFERSON HEALTH SERVICES, D/B/A JEFFERSON REGIONAL MEDICAL CENTER | : ARGUED: April 5, 2016 |
| | : |
| | : |
| APPEAL OF: EXTENDICARE HEALTH FACILITIES, INC., D/B/A HAVENCREST NURSING CENTER, EXTENDICARE HOLDINGS, INC., EXTENDICARE HEALTH FACILITY HOLDINGS, INC., EXTENDICARE HEALTH SERVICES, INC., EXTENDICARE REIT, EXTENDICARE, L.P. AND EXTENDICARE, INC. | : |

## CONCURRING OPINION

**CHIEF JUSTICE SAYLOR**                    **DECIDED: SEPTEMBER 28, 2016**

I join the majority's holding and analysis, although I do not fully support some of the collateral descriptions suggestive of social policy judgments.

Justice Baer joins this concurring opinion.